UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

NEIL KADRMAS,

    Plaintiff,

v.    Case No. 14-C-374

CAROLYN COLVIN,

    Defendant.

## ORDER REMANDING ACTION

Based on the joint stipulation of the parties, this case is reversed and remanded, under sentence four of 42 U.S.C. § 405(g), for further administrative proceedings consistent with the joint stipulation. The clerk will enter judgment accordingly.

**SO ORDERED** this 24th day of November, 2014.

    /s William C. Griesbach
    William C. Griesbach, Chief Judge
    United States District Court