UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

NEIL KADRMAS,

        Plaintiff,

v.                                                                                    Case No. 14-C-374

CAROLYN W. COLVIN,
Commissioner of Social Security,

        Defendant.

## ORDER

Plaintiff has filed a Motion for Summary Judgment and a Motion to Modify the Briefing Schedule for EAJA briefing. The Motion for Summary Judgment makes no sense, since the parties have already stipulated to a remand and the court has entered Judgment accordingly. The Motion to Modify Briefing Schedule is, in reality, a motion to set a briefing schedule for EAJA fees. That motion is granted and Plaintiff's brief in support of a motion for EAJA fees will be due on February 3, 2015. Defendant's brief in response is due by February 24, 2015, and Plaintiff's reply, if any, is due by March 4, 2015.

**SO ORDERED** this 15th day of January, 2015.

                                                                              s/ William C. Griesbach
                                                                              William C. Griesbach, Chief Judge
                                                                              United States District Court